1034

No. 12–6413.  LAMB *v.* MENDOZA, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–6415.  STEIN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–6418.  WILLIAMS *v.* DARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 12–6419.  WILLIAMS *v.* DANFORTH, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 12–6422.  GILMORE *v.* VALENZUELA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6423.  ALANA *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 12–6427.  ARIEGWE *v.* MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 12–6429.  ANTONETTI *v.* COX, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6430.  ASHFORD *v.* WENEROWICZ, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–6434.  DRANE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 12–6442.  PEW *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–6443.  PEREZ *v.* DEXTER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–6447.  FRANKLIN *v.* SCRIBNER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–6470.  AMOS *v.* RENICO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–6479.  SAMONTE *v.* HAWAII.  Int. Ct. App. Haw.  Certiorari denied.